FILED
2010 JAN 12  AM 10: 52
[CLERK U.S. DISTRICT COURT]
[CENTRAL DIST. OF CALIF.]
[LOS ANGELES]
BY _____

MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-5220
Facsimile:  (213) 417-2220

HERNAN VERA (SBN 175149)
(hvera@publiccounsel.org)
LAURA FAER (SBN 223846)
(lfaer@publiccounsel.org)
ARIEL WANDER (SBN 246992)
(awander@publiccounsel.org)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
SHAWNA L. PARKS (SBN 208301)
(shawna.parks@lls.edu)
CARLY J. MANSON (SBN 254598)
(carly.munson@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone:  (213) 736-8366
Facsimile:  (213) 487-2106

(Additional counsel listed on next page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A.; CARL C., by and through Kendra Tankersley; and MIGUEL B., by and through L.L., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DARLINE P. ROBLES, in her official capacity, Superintendent, Los Angeles County Office of Education; WILLIAM ELKINS, in his official capacity, Director, Los Angeles County Office of Education Division of Juvenile Court Schools; LAUREN RAMOS-ALLEN, in her official capacity, Principal, Los Angeles County Office of Education Challenger Center School; and LOS ANGELES COUNTY PROBATION DEPARTMENT,<br><br>Defendants. | CASE NO.: CV10-00192-GHK (FMOx)<br><br>**PLAINTIFFS' NOTICE OF EX PARTE APPLICATION AND APPLICATION TO FILE UNDER SEAL; DECLARATION IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL** |

DENNIS D. PARKER
(dparker@aclu.org)
(*Pro Hac Vice Pending*)
CATHERINE Y. KIM
(ckim@aclu.org)
(*Pro Hac Vice Pending*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL LEGAL DEPARTMENT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:  (213) 549-2682
Facsimile:   (213) 549-2654

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE THAT Plaintiffs respectfully request permission to file (1) Plaintiffs' Ex Parte Applications for Appointment of Guardians Ad Litem for Carl C. and Miguel B., and (2) Plaintiffs' Ex Parte Application to Proceed under Fictitious Names under seal in order to protect their identities. Plaintiffs are filing their applications for guardians ad litem and to proceed under fictitious names concurrently with this application to seal.

Respectfully submitted,                ACLU Foundation of Southern California

Dated: January 11, 2010              By: /s/ David Sapp
                                         David B. Sapp
                                         Attorneys for Plaintiffs

1

## APPLICATION

Pursuant to Local Rule 79-5.1, Plaintiffs respectfully request permission to file under seal (1) the Ex Parte Applications for Guardians Ad Litem for Plaintiffs Carl C. and Miguel B. and (2) Plaintiffs' Ex Parte Application to Proceed Under Fictitious Names. Plaintiffs Carl C. and Miguel B. are minors. All Plaintiffs have been recently detained at the Challenger Memorial Youth Center and continue to be under the jurisdiction of the Los Angeles County Probation Department. The minor Plaintiffs are filing the petition to proceed under fictitious names and applications for guardians ad litem concurrently with this application.

The applications should be filed under seal to protect the identity of the Plaintiffs. In order to provide information and signatures necessary for the Ex Parte Applications for Guardians Ad Litem and the Ex Parte Application to Proceed Under Fictitious Names, Plaintiffs have stated their real names in those documents. To maintain the confidential identities of Plaintiffs, they respectfully seek permission to file these petitions and application under seal.

Respectfully submitted,                    ACLU Foundation of Southern California

Dated: January 11, 2010          By: _____
                                        David B. Sapp
                                        Attorneys for Plaintiffs

2

Dec. D. Sapp

# DECLARATION OF DAVID B. SAPP

I, David B. Sapp, declare that if called as a witness I would and could testify competently as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel for Plaintiffs in this case.

2. I am personally familiar with the facts of Plaintiffs Casey A., Carl C., and Miguel B. in this matter.

3. Plaintiffs Carl C. and Miguel B. are under eighteen years of age. Plaintiff Casey A. is eighteen years of age.

4. All plaintiffs fear that public disclosure of sensitive and private information will result in social stigmatization, embarrassment, or other form of discrimination including retaliation.

5. In order to provide information and signatures necessary for the Applications for Appointment Guardians Ad Litem and Plaintiffs' Ex Parte Application to Proceed under Fictitious Names, Plaintiffs have stated their real names in those documents.

6. To maintain their confidential identities, Plaintiffs wish to seal the Applications for Guardians Ad Litem and Application to Proceed Under Fictitious Names.

7. To the best of my knowledge, the Applications for Guardians Ad Litem and Application to Proceed under Fictitious Names are sealable in their entirety.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on January 11, 2010, in Los Angeles, California.

_____
David B. Sapp

3