1 | MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
2 | DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
3 | ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
4 | 1313 W. 8th Street
Los Angeles, CA 90017
5 | Telephone:  (213) 977-5220
Facsimile:    (213) 417-2220
6 |
HERNAN VERA (SBN 175149)          PAULA D. PEARLMAN (SBN 109038)
7 | (hvera@publiccounsel.org)           (paula.pearlman@lls.edu)
LAURA FAER (SBN 223846)            SHAWNA L. PARKS (SBN 208301)
8 | (lfaer@publiccounsel.org)            (shawna.parks@lls.edu)
ARIEL WANDER (SBN 246992)         CARLY J. MANSON (SBN 254598)
9 | (awander@publiccounsel.org)          (carly.munson@lls.edu)
PUBLIC COUNSEL                    DISABILITY RIGHTS LEGAL
10 | 610 South Ardmore Avenue          CENTER
Los Angeles, CA 90005             919 Albany Street
11 | Telephone:  (213) 385-2977        Los Angeles, CA 90015
Facsimile:    (213) 385-9089       Telephone:  (213) 736-8366
12 |                                  Facsimile:    (213) 487-2106
(Additional counsel listed on next page)
13 |
Attorneys for Plaintiffs
14 |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 |
17 | CASEY A.; CARL C., by and through   )   CASE NO. **CV 10 - 00192-GHK**
Kendra Tankersley; and MIGUEL B., by )                        (FMOx)
18 | and through L.L., on behalf of themselves )   **[PROPOSED] ORDER**
and all those similarly situated,       )   **GRANTING PLAINTIFFS' EX**
                                        )   **PARTE APPLICATION TO**
19 |          Plaintiffs,               )   **FILE UNDER SEAL**
                                        )
20 |     vs.                            )
                                        )
21 | DARLINE P. ROBLES, in her official  )
capacity, Superintendent, Los Angeles  )
22 | County Office of Education; WILLIAM  )
ELKINS, in his official capacity,      )
23 | Director, Los Angeles County Office of )
Education Division of Juvenile Court    )
24 | Schools; LAUREN RAMOS-ALLEN, in     )
her official capacity, Principal, Los   )
25 | Angeles County Office of Education    )
Challenger Center School; and LOS      )
26 | ANGELES COUNTY PROBATION           )
DEPARTMENT,                           )
27 |                                    )
          Defendants.                  )
28 |                                    )
                                        )
                                        )

1  DENNIS D. PARKER
   (dparker@aclu.org)
2  (*Pro Hac Vice Pending*)
   CATHERINE Y. KIM
3  (ckim@aclu.org)
   (*Pro Hac Vice Pending*)
4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL LEGAL DEPARTMENT
5  125 Broad Street, 18th Floor
   New York, NY 10004
6  Telephone:   (213) 549-2682
   Facsimile:   (213) 549-2654

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

WHEREFORE, the Court having considered Plaintiffs' Application to File the Ex Parte Applications for Appointment of Guardian Ad Litem and Plaintiffs' Ex Parte Application to Proceed under a Fictitious Name under seal, and for good cause appearing,

IT IS THEREFORE ORDERED that Plaintiffs' Ex Parte Applications for Appointment of Guardian Ad Litem and Plaintiffs' Ex Parte Application to Proceed under a Fictitious Name be filed under seal in order to protect the identity of the Plaintiffs in this matter.

IT IS SO ORDERED.

Dated: _____          _____

United States District Judge