1 MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
2 DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
3 ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
4 1313 W. 8th Street
Los Angeles, CA 90017
5 Telephone: (213) 977-5220
Facsimile: (213) 417-2220
6
HERNAN VERA (SBN 175149)
7 (hvera@publiccounsel.org)
LAURA FAER (SBN 223846)
8 (lfaer@publiccounsel.org)
BENJAMIN CONWAY (SBN 246410)
9 (bconway@publiccounsel.org)
PUBLIC COUNSEL
10 610 South Ardmore Avenue
Los Angeles, CA 90005
11 Telephone: (213) 385-2977
Facsimile: (213) 385-9089

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
SHAWNA L. PARKS (SBN 208301)
(shawna.parks@lls.edu)
SURISA RIVERS (CA SBN 250868)
(surisa.rivers@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-8366
Facsimile: (213) 487-2106

(Additional counsel listed on next page)

Attorneys for Plaintiffs

**NOTE CHANGES MADE BY THE COURT**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A.; CARL C.; and MIGUEL B., by and through L.L., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JON R. GUNDRY, in his official capacity, Interim Superintendent, Los Angeles County Office of Education; WILLIAM ELKINS, in his official capacity, Director, Los Angeles County Office of Education Division of Juvenile Court Schools; JESUS CORRAL, in his official capacity, Principal, Los Angeles County Office of Education Challenger Center School; and LOS ANGELES COUNTY PROBATION DEPARTMENT,<br><br>Defendants. | CASE NO.: Case No. CV 10-00192 GHK (FMOx)<br><br>[Proposed] Order Granting Motion for:<br>(1) Preliminary Approval of Class Action Settlement Agreement;<br><br>(2) Conditional Class Certification for Purposes of Settlement;<br><br>(3) Approval of Class Notice and Method for Distribution of Notice; and<br><br>(4) Approving Schedule for Hearing on Final Approval.<br><br>Date: March 7, 2011<br>Time: 9:30 a.m.<br>Court: 650 |

**NOTE CHANGES MADE BY THE COURT**

1  DENNIS D. PARKER
   (dparker@aclu.org)
2  (*Pro Hac Vice*)
   LAURENCE M. SCHWARTZTOL
3  (lschwartztol@aclu.org)
   (*Pro Hac Vice*)
4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL LEGAL DEPARTMENT
5  125 Broad Street, 18th Floor
   New York, NY 10004
6  Telephone:  (212) 549-2500
   Facsimile:  (212) 549-2654

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On March 7, 2011, in Courtroom 650 of the above-captioned court, before the Honorable George H. King presiding, Plaintiffs' Motion for (1) Preliminary Approval of Class Action Settlement Agreement;(2) Conditional Class Certification for Purposes of Settlement;(3) Approval of Class Notice and Method for Distribution of Notice; and (4) Approving Schedule for Hearing on Final Approval came on for hearing.

Plaintiffs Casey A., Carl C. and Miguel B. and Defendants Jon R. Gundry, in his official capacity, Interim Superintendent, Los Angeles County Office of Education, and Los Angeles Probation Department appeared by and through their respective counsel of record. The Court, having considered the evidence presented and the argument of counsel, as well as the record herein, finds that the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(2) and 23(g) are met in this case for settlement purposes only, preliminary finds that the requirements of Federal Rules of Civil Procedure 23(e) are met in this case, and that the proposed settlement appears to be within the range of settlements approvable as a fair, reasonable and adequate settlement for the class. Accordingly, THE COURT HEREBY ORDERS THAT:

1.  The Motion for (1) Preliminary Approval of Class Action Settlement Agreement;(2) Conditional Class Certification for Purposes of Settlement;(3) Approval of Class Notice and Method for Distribution of Notice; and (4) Approving Schedule for Hearing on Final Approval is granted;

2.  Pursuant to the Settlement Agreement, which has been filed with the Court, and Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure, the Court hereby certifies this action as a class action for purposes of settlement only.

3.  The Settlement Class is defined as follows: All youth who were detained at Challenger Memorial Youth Center at any point between January 12, 2008 and November 8, 2010.

4.  The class claims are those claims set forth in Plaintiffs' First Amended Complaint, specifically that Defendants failed to provide minimally sufficient

education in violation of (1) 42 U.S.C. Section 1983 (Due Process Clause of the 14th Amendment); (2) 42 U.S.C. Section 1983 (Equal Protection Clause of the 14th Amendment); (3) 42 U.S.C. Section 1983 (Due Process Clause of the 14th Amendment); (4) Individuals with Disabilities Education Act, 20 U.S.C. Sections 1400 et seq.; (5) Article IX, Sections 1 and 5 of the California Constitution; (6) Article I, Section 7(a) & Article IV, Section 16(a) of the California Constitution; (7) Article I, Section 7(b) of the California Constitution; and (8) the California Education Code. The class is certified for injunctive and declaratory relief only.

5. Plaintiffs Casey A., Carl. C. and Miguel B. by and through L.L. are the class representatives and meet the requirements of Rule 23(a)(4);

6. Plaintiffs' counsel, Disability Rights Legal Center, Public Counsel Law Center, ACLU Foundation of Southern California, and the American Civil Liberties Union Foundation National Legal Department, are appointed class counsel in accordance with Rule 23(g);

7. This Court preliminarily approves the class settlement in the above captioned action;

8. The notice of settlement prepared by the parties and ~~attached as Exhibit I to the Declaration of Shawn L. Parks~~ *separately filed in this action* *as modified by the Court* is hereby found to comply with Rule 23(e);

9. The term "Class Representative" is stricken from paragraph 82 of the Settlement Agreement, as this paragraph applies only to Class Members; and

10. Upon receipt of this order, the notice (including a Spanish translation) will be published within ten days, for at least thirty days, by (1) mailing via U.S. mail to all known Class Members and Potential Class Members; (2) mailing via U.S. mail to a list of community organizations that work with detained or previously detained youth identified by Class Counsel; (3) mailing via U.S. mail to the school districts located in Los Angeles County, to the Los Angeles County Jail,

and to the California Department of Corrections and Rehabilitation; (4) posting in each classroom at Camp Challenger; (5) posting on the homepage of Defendants' and Class Counsels' respective websites. The parties will adhere to all requirements of the Settlement Agreement with respect to posting.

11. Counsel will file with the Court any objections or comments received, including written objections / comments and any received via the toll free number pursuant to the schedule set forth in the Settlement Agreement.

12. Counsel will schedule the hearing on final approval of the settlement on the first available hearing date that is at least sixty days after the date of this order. Counsel will include this date in the notice to the class to be filed with the Court on Wednesday, March 9, 2011.

IT IS SO ORDERED.

DATED: 3/16/11

George H. King
United States District Court Judge