MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-5220
Facsimile:  (213) 417-2220

HERNAN VERA (SBN 175149)
(hvera@publiccounsel.org)
LAURA FAER (SBN 223846)
(lfaer@publiccounsel.org)
BENJAMIN CONWAY (SBN 246410)
(bconway@publiccounsel.org)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
SHAWNA L. PARKS (SBN 208301)
(shawna.parks@lls.edu)
SURISA RIVERS (CA SBN 250868)
(surisa.rivers@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone:  (213) 736-8366
Facsimile:  (213) 487-2106

(Additional counsel listed on next page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A.; CARL C.; and MIGUEL B., by and through L.L., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JON R. GUNDRY, in his official capacity, Interim Superintendent, Los Angeles County Office of Education; WILLIAM ELKINS, in his official capacity, Director, Los Angeles County Office of Education Division of Juvenile Court Schools; JESUS CORRAL, in his official capacity, Principal, Los Angeles County Office of Education Challenger Center School; and LOS ANGELES COUNTY PROBATION DEPARTMENT,<br><br>Defendants. | Case No. CV 10-00192 GHK (FMOx)<br><br>**[proposed] Order and Final Judgment**<br><br>**Date:** May 23, 2011<br>**Time:** 9:30<br>**Court:** 650, Roybal |

1  DENNIS D. PARKER
   (dparker@aclu.org)
2  (*Pro Hac Vice*)
   LAURENCE M. SCHWARTZTOL
3  (lschwartztol@aclu.org)
   (*Pro Hac Vice*)
4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL LEGAL DEPARTMENT
5  125 Broad Street, 18th Floor
   New York, NY 10004
6  Telephone:  (212) 549-2500
   Facsimile:   (212) 549-2654

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT

The Court has considered the Notice of Motion and Motion for Final Approval of Class Action Settlement Agreement and Memorandum or Points and Authorities in Support Thereof (" Motion") submitted by Plaintiffs Casey A., Carl C., and Miguel B., by and through L.L., individually and on behalf of a class of similarly situated individuals (collectively the "Plaintiff Class"), and Defendants Jon R. Gundry, in his official capacity as Interim Superintendent, Los Angeles County Office of Education; William Elkins in his official capacity as Director, Los Angeles County Office of Education Division of Juvenile Court Schools; Jesus Corral, in his official capacity as Principal, Los Angeles County Office of Education Challenger Center School; and Los Angeles County Probation Department (collectively, "Defendants"):

1. The Court FINDS that the Settlement Agreement on file with this Court at Docket #55 and filed under seal at Docket #59 ("Settlement Agreement"), including the Detailed Plans (incorporated by reference to the Settlement Agreement and on file with this Court at Docket #60, Attachment 5 & 6), which was preliminarily approved by the Court on March 17, 2011 is fair, adequate, and reasonable and GRANTS the Motion.

2. The Court FINDS that a payment of attorneys' fees and costs by Defendants to Class Counsel for the Plaintiff Class in the amount of $325,000.00 is fair and reasonable and awards such fees and costs.

3. The Court FINDS that certification of the settlement class, defined as "All youth who were detained at Challenger Memorial Youth Center at any point between January 12, 2008 and November 8, 2010, pursuant to Federal Rule of Civil Procedure 23, including Rule 23(b)(2), is appropriate and certifies the class.

4. The Court has reviewed the fully executed copy of the Settlement Agreement on file with the Court and FINDS that all parties to the Settlement Agreement have executed it in their own name.

5. The Court INCORPORATES HEREIN the terms of the Settlement Agreement and all documents incorporated by reference, including but not limited to the Action Plan and Detailed Plans, and ORDERS that the terms of the Settlement Agreement, except for the term "Class Representative" in paragraph 82, which applies only to Class Members, be given full force and effect.

6. The Court further ORDERS that, in accordance with its terms, the Settlement Agreement shall be effective as of November 8, 2010 and will continue as specified in the Settlement Agreement for a minimum of four years after the date of this Court's final approval Order, unless paragraph 78 of the Settlement Agreement is satisfied.

7. The Court shall have CONTINUING JURISDICTION to enforce the terms of the Settlement Agreement as specified therein.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Hon. George H. King
United States District Judge

2