MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5220
Facsimile: (213) 417-2220

HERNAN VERA (SBN 175149)
(hvera@publiccounsel.org)
LAURA FAER (SBN 223846)
(lfaer@publiccounsel.org)
BENJAMIN CONWAY (SBN 246410)
(bconway@publiccounsel.org)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
SHAWNA L. PARKS (SBN 208301)
(shawna.parks@lls.edu)
ANNA RIVERA (CA SBN 239601)
(anna.rivera@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa St. Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-8366
Facsimile: (213) 487-2106

(Additional counsel listed on next page)

Attorneys for Plaintiffs

E-FILED 12/20/2011

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A.; CARL C.; and MIGUEL B., by and through L.L., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTURO DELGADO, in his official capacity, Interim Superintendent, Los Angeles County Office of Education; WILLIAM ELKINS, in his official capacity, Director, Los Angeles County Office of Education Division of Juvenile Court Schools; RONDALE COOPER, in his official capacity, Principal, Los Angeles County Office of Education Challenger Center School; and LOS ANGELES COUNTY PROBATION DEPARTMENT,<br><br>Defendants. | Case No. CV 10-00192 GHK (FMOx)<br><br>**Joint Stipulation for Order for Defendants to Develop Plan to Ensure Compliance with the Settlement Agreement and Approval of Agreed Upon Attorney's Fees**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Court: 650, Roybal** |

DENNIS D. PARKER
(dparker@aclu.org)
(*Pro Hac Vice*)
LAURENCE M. SCHWARTZTOL
(lschwartztol@aclu.org)
(*Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL LEGAL DEPARTMENT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:   (212) 549-2500
Facsimile:   (212) 549-2654

**Whereas** the Court has continuing jurisdiction to enforce the terms of and ensure compliance with the Settlement Agreement (Dkt. No. 55- 1, ¶ 77);

**Whereas** Class Counsel contend that Defendants are currently out of compliance in a number of the 13 discrete substantive areas of the Settlement Agreement, which includes the Action Plan and Detailed Plans and their timelines (incorporated by reference to the Settlement Agreement and on file with this Court at Docket #60, Attachment 6 & 7), which were approved by the Court on May 23, 2011;

**Whereas** the November 25, 2011 TCA Quarterly Report and attached Rating Scales, filed concurrently herewith and attached as Exhibits A-C to the Declaration of Laura Faer, detail the areas in which the Defendants are out of compliance;

**Whereas** pursuant to paragraph 71 of the Settlement Agreement, Class Counsel shall be paid reasonable attorneys' fees and costs for ongoing work to ensure compliance with the Agreement and the parties shall endeavor to reach an agreement on the semi-annual fee award and submit a stipulation for the Court's approval;

**Based upon the agreement of the Parties to this action, it is hereby stipulated that:**

Defendants shall work with the Technical, Consulting, and Advisory ("TCA") Team to develop a plan to be approved by the TCA Team to bring about substantial compliance with the Settlement Agreement and incorporated Action and Detailed Plans to be filed by with this Court on or before Monday, February 6, 2012.

Defendants shall return to this Court within 45 days of the plan's submission to report on the steps taken to reach compliance and any ongoing areas of non-compliance.

Class counsel shall receive the agreed upon and reasonable attorneys' fees amount of $38,500, which shall be paid to Public Counsel for distribution within 30 days of the Court's approval.

Joint Stipulation for Order for Defendants to Develop Plan to Ensure Compliance and Att. Fees
1

All parties hereto reserve their respective rights, remedies and defenses in and to this legal action, notwithstanding this stipulated order.

DATED: December 16, 2011   By: _____
Laura Faer
Public Counsel Law Center
Attorneys for Plaintiffs and the Plaintiff Class

DATED: December 16, 2011   By:_____
Roger Granbo
County Counsel
Attorney for Defendant Los Angeles County
Department of Probation, et al.

DATED: December 16, 2011   By:_____
Vibiana Andrade
General Counsel
Los Angeles County Office of Education
Attorney for Defendants Arturo Delgado, et al.

**IT IS SO ORDERED.**

Dated: 12/20/2011

Hon. George H. King
United States District Judge

Joint Stipulation for Order for Defendants to Develop Plan to Ensure Compliance and Att. Fees
2