1  MARK D. ROSENBAUM (SBN 59940)
   (mrosenbaum@aclu-sc.org)
2  DAVID B. SAPP (SBN 264464)
   (dsapp@aclu-sc.org)
3  ACLU FOUNDATION OF SOUTHERN
   CALIFORNIA
4  1313 W. 8th Street
   Los Angeles, CA 90017
5  Telephone: (213) 977-5220
   Facsimile: (213) 417-2220
6
   HERNAN VERA (SBN 175149)
7  (hvera@publiccounsel.org)
   LAURA FAER (SBN 223846)
8  (lfaer@publiccounsel.org)
   BENJAMIN CONWAY (SBN 246410)
9  (bconway@publiccounsel.org)
   PUBLIC COUNSEL
10 610 South Ardmore Avenue
   Los Angeles, CA 90005
11 Telephone: (213) 385-2977
   Facsimile: (213) 385-9089
12
   (Additional counsel listed on next page)
13
   Attorneys for Plaintiffs
14

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
MICHELLE UZETA (SBN 164402)
(michelle.uzeta@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

15              UNITED STATES DISTRICT COURT
16           FOR THE CENTRAL DISTRICT OF CALIFORNIA

17 CASEY A., et al.,                )  Case No. CV 10-00192 GHK (FMOx)
18         Plaintiffs,               )  **The Honorable George H. King**
19     vs.                           )  [Proposed] Order to Joint
20 ARTURO DELGADO, et al.,          )  Stipulation for Order for Approval
                                     )  of Agreed Upon Attorney's Fees
21         Defendants.               )
                                     )  Date:   TBD
22                                   )  Time:   TBD
                                     )  Court:  650, Roybal
23

1  DENNIS D. PARKER
   (dparker@aclu.org)
2  (*Pro Hac Vice*)
   LAURENCE M. SCHWARTZTOL
3  (lschwartztol@aclu.org)
   (*Pro Hac Vice*)
4  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL LEGAL DEPARTMENT
5  125 Broad Street, 18th Floor
   New York, NY 10004
6  Telephone: (212) 549-2500
   Facsimile: (212) 549-2654

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order to Joint Stipulation for Order for Approval of Agreed Upon Attorney's Fees

**Whereas** the Court has continuing jurisdiction to enforce the terms of and ensure compliance with the Settlement Agreement (Dkt. No. 55-1, ¶ 77);

**Whereas** pursuant to paragraph 71 of the Settlement Agreement, Class Counsel shall be paid reasonable attorneys' fees and costs for ongoing work to ensure compliance with the Agreement and the parties shall endeavor to reach an agreement on the semi-annual fee award and submit a stipulation for the Court's approval;

**Based upon the agreement of the Parties to this action, it is hereby stipulated that:**

Class counsel shall receive the agreed upon and reasonable attorneys' fees amount of $28,000.00, which shall be paid to Public Counsel for distribution within 30 days of the Court's approval.

All parties hereto reserve their respective rights, remedies and defenses in and to this legal action, notwithstanding this stipulated order.

**IT IS SO ORDERED.**

Dated: 8/1, 2013

Hon. George H. King
United States District Judge

1
[Proposed] Order to Joint Stipulation for Order for Approval of Agreed Upon Attorney's Fees