MARK D. ROSENBAUM (SBN 59940)
(mrosenbaum@aclu-sc.org)
DAVID B. SAPP (SBN 264464)
(dsapp@aclu-sc.org)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5220
Facsimile: (213) 417-2220

HERNAN VERA (SBN 175149)
(hvera@publiccounsel.org)
LAURA FAER (SBN 223846)
(lfaer@publiccounsel.org)
BENJAMIN CONWAY (SBN 246410)
(bconway@publiccounsel.org)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)

DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone: (213) 736-1496
Facsimile: (213) 736-1428

FILED: 1/23/14

(Additional counsel listed on next page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A.; CARL C.; and MIGUEL B., by and through L.L., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTURO DELGADO, in his official capacity, Interim Superintendent, Los Angeles County Office of Education; WILLIAM ELKINS, in his official capacity, Director, Los Angeles County Office of Education Division of Juvenile Court Schools; RONDALE COOPER, in his official capacity, Principal, Los Angeles County Office of Education Challenger Center School; and LOS ANGELES COUNTY PROBATION DEPARTMENT,<br><br>Defendants. | Case No. CV 10-00192 GHK (FMOx)<br><br>[~~proposed~~] **ORDER GRANTING JOINT REQUEST FOR MODIFICATION OF THE SETTLEMENT AGREEMENT**<br><br>**Court:   650, Roybal** |

DENNIS D. PARKER
(dparker@aclu.org)
(*Pro Hac Vice*)
LAURENCE M. SCHWARTZTOL
(lschwartztol@aclu.org)
(*Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL LEGAL DEPARTMENT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:  (212) 549-2500
Facsimile:  (212) 549-2654

1    Whereas the Court has continuing jurisdiction to enforce the terms of the
2    Settlement Agreement (Dkt. No. 55-1, ¶ 77).
3    Whereas the parties may request material modifications of the Settlement
4    Agreement to ensure that its purposes may be fully satisfied (*id.* at ¶76).
5    Whereas the Settlement Agreement establishes a Taskforce charged with: (1)
6    providing information and feedback relevant to the reform efforts at Challenger;
7    (2) serving as a liaison to individuals at Challenger and community stakeholders;
8    (3) meeting with members of the TCA Team; and (4) writing biennial reports on
9    the implementation of the Detailed Plans (*id.* at ¶ 24).
10   Whereas the Settlement Agreement requires the Taskforce to include among
11   its members both "One parent of a student who was <u>formerly</u> detained at
12   Challenger within the last 6 months to a year, with the additional condition that the
13   parent not have another child currently detained at Challenger" (*id.* at ¶ 25.E,
14   *emphasis added*) and "One <u>former</u> student of the Christa McAuliffe High School"
15   (*id.* at ¶ 25.I, *emphasis added*).
16   Whereas the Challenger Technical, Compliance, and Advisory ("TCA")
17   Team (*see id.* at ¶¶10-23) advised Counsel that it has been difficult to recruit the
18   parent of a former detainee and a former student to be members of the Taskforce
19   (*see* Dkt. No.139, 4:11-25). The TCA Team noted that currently the student
20   representative on the Taskforce is the current student council president and the
21   parent representative on the Taskforce is the parent of a current student. (*Id.*)
22   Further, the TCA Team recommends that the Parties request modification of the
23   Settlement Agreement's provisions that called for the Taskforce to include a
24   former student and a parent of a former student to be modified to permit a current
25   student and a parent of a current student to serve on the Taskforce. (*Id.*)
26   Whereas the Parties agree that such a modification is appropriate because of
27   the logistical challenges of recruiting a former student and parent of a former
28   student to serve on the Taskforce.

[Proposed] Order for Modification        1

The Parties to this action hereby jointly request that the Court modify paragraphs 25.E and 25.I of the Settlement Agreement as follows (additions *in italics*, deletions in ~~strikethrough~~):

> 25.E "One parent of a student who *is currently detained at Challenger or* was formerly detained at Challenger within the last 6 months to a year~~, with the additional condition that the parent not have another child currently detained at Challenger.~~"

> 25.I "One *current or* former student of the Christa McAuliffe High School."

Based upon the agreement of the Parties to this action, if the Court grants this request, paragraphs 25.E and 25.I of the Settlement Agreement would thus state:

> 25.E "One parent of a student who is currently detained at Challenger or was formerly detained at Challenger within the last 6 months to a year."

> 25.I "One current or former student of the Christa McAuliffe High School."

All parties hereto reserve their respective rights, remedies, and defenses in and to this legal action, notwithstanding this joint request.

**IT IS SO ORDERED**

DATED ___1/22___, 2014

*/s/ signature*

Hon. George H. King
United States District Judge

[Proposed] Order for Modification        2