1  MARK D. ROSENBAUM (SBN 59940)
   (mrosenbaum@aclu-sc.org)
2  DAVID B. SAPP (SBN 264464)
   (dsapp@aclu-sc.org)
3  ACLU FOUNDATION OF SOUTHERN
   CALIFORNIA
4  1313 W. 8th Street
   Los Angeles, CA 90017
5  Telephone:  (213) 977-5220
   Facsimile:  (213) 417-2220

6
   HERNAN VERA (SBN 175149)
7  (hvera@publiccounsel.org)
   LAURA FAER (SBN 223846)
8  (lfaer@publiccounsel.org)
   BENJAMIN CONWAY (SBN 246410)
9  (bconway@publiccounsel.org)
   PUBLIC COUNSEL
10 610 South Ardmore Avenue
   Los Angeles, CA 90005
11 Telephone:  (213) 385-2977
   Facsimile:  (213) 385-9089
12
   (Additional counsel listed on next page)
13
   Attorneys for Plaintiffs

PAULA D. PEARLMAN (SBN 109038)
(paula.pearlman@lls.edu)
ANNA RIVERA (CA SBN 239601)
(anna.rivera@lls.edu)
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, CA 90017
Telephone:  (213) 736-8366
Facsimile:  (213) 487-2106

**FILED:  7/25/14**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY A., et al., | Case No. CV 10-00192 GHK (FMOx) |
| Plaintiffs, | **The Honorable George H. King** |
| vs. | **[~~Proposed~~] Order to Joint Stipulation for Order for Approval of Agreed Upon Attorney's Fees** |
| ARTURO DELGADO, et al., | |
| Defendants. | **Date:     TBD**<br>**Time:     TBD**<br>**Court:    650, Roybal** |

DENNIS D. PARKER
(dparker@aclu.org)
(*Pro Hac Vice*)
LAURENCE M. SCHWARTZTOL
(lschwartztol@aclu.org)
(*Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL LEGAL DEPARTMENT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:   (212) 549-2500
Facsimile:   (212) 549-2654

1  Whereas the Court has continuing jurisdiction to enforce th§e terms of the Settlement
2  Agreement (Dkt. No. 55-1, ¶ 77).
3  Whereas Class Counsel shall be paid reasonable attorneys' fees and costs for ongoing work
4  to ensure compliance with the Settlement Agreement and the parties shall endeavor to reach an
5  agreement on the semi-annual fee award and submit a stipulation for the Court's approval. (*Id.*)
6  Based upon the agreement of the Parties to this action, Class Counsel shall receive agreed
7  upon and reasonable attorneys' fees in the amount of $29,500.00 for work between January 1, 2014,
8  and July 14, 2014.
9  All parties hereto reserve their respective rights, remedies, and defenses in and to this legal
10 action, notwithstanding this stipulated order.

**IT IS SO ORDERED**

DATED ___7/25___, 2014         _____
                               Hon. George H. King
                               Chief United States District Judge

Semi-Annual Joint Report
1